| | |
|---|---|
| 1 | Aaron Kaufmann, State Bar No. 148580 |
| 2 | David Pogrel, State Bar No. 203787 |
|   | Giselle Olmedo, State Bar No. 294750 |
| 3 | LEONARD CARDER, LLP |
|   | 1330 Broadway, Suite 1450 |
| 4 | Oakland, CA 94612 |
|   | Tel: (510) 272-0169 |
| 5 | Fax: (510) 272-0174 |
|   | E-mail: akaufmann@leonardcarder.com |
| 6 | E-mail: dpogrel@leonardcarder.com |
| 7 | E-mail: golmedo@leonardcarder.com |

*Additional Counsel listed on following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIL GOYAL, JORGE OCHOA, RODOLFO SANCHEZ, JASWINDER SINGH, JAVIER TOVAR CORTEZ, ABRAHAM BURCIAGA, MOY NARAYAN, MIGUEL ZAVALA, FELICIANO AHUMADA, MANUEL ALDANA, FRANCISCO LOPEZ BARBOZA, ARMANDO BRICENO, FRANCISCO CHAVEZ, OSCAR MARTINEZ DAVILA, ANTONIO ESCAMILLA, RAUL FIGUEROA, FERMIN FLORES, JORGE LIMA, PEDRO LOPEZ, SALVADOR MADERA, ENRIQUE MARTINEZ, JOSE MOZO, JOSE OROZCO, CARLOS RANGEL PALOMO, FRANKLIN SERPAS, SAUL SERPAS, OSCAR GUTIERREZ, JUAN ELIUD TEMBLADOR,<br><br>Plaintiffs,<br><br>v.<br><br>CSX INTERMODAL TERMINALS, INC., and DOES 1 to 10 inclusive,<br><br>Defendants. | **Case No.: 3:17-cv-06081-EMC**<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Paul T. Cullen, State Bar No. 193575
THE CULLEN LAW FIRM, APC
19360 Rinaldi Street, Box 647
Porter Ranch, California 91326
Telephone: (818) 360-2529
Facsimile: (866) 794-5741
E-mail:  paul@cullenlegal.com

*Attorneys for Plaintiffs*

1    Pursuant to stipulation, Plaintiffs shall be granted leave to file the First Amended Complaint
2    attached as Exhibit A to the Stipulation, an~~d the Clerk is directed to file said First Amended~~
3    ~~Complaint.~~   Counsel shall file the First Amended Complaint as a
4            **IT IS SO ORDERED.**      separate document immediately.

DATED: 11/14/17



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

---
-1-
**[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**
**CASE NO: 3:17-cv-06081-EMC**