1  Amanda C. Sommerfeld (SBN 185052)
   asommerfeld@jonesday.com
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA  90071.2300
4  Telephone:  +1.213.489.3939
   Facsimile:  +1.213.243.2539
5
   Elizabeth K. Yates (SBN 313184)
6  eyates@jonesday.com
   JONES DAY
7  555 California Street, 26th Floor
   San Francisco, CA 94104
8  Telephone:  +1.415.626.3939
   Facsimile:  +1.415.875.5700
9
   Attorneys for Defendant
10 CSX INTERMODAL TERMINALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIL GOYAL, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>CSX INTERMODAL TERMINALS, INC., and DOES 1 to 10 inclusive,<br><br>        Defendant. | **Case No. 3:17-cv-06081-EMC**<br><br>**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**<br>**AND [PROPOSED] ORDER**<br><br>Judge:    Hon. Edward M. Chen<br>Date:     November 28, 2017<br>Time:     2:30 P.M.<br>Courtroom:  5, 17th Floor |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendant CSX Intermodal Terminals, Inc. ("CSXIT"), by and through their undersigned counsel, hereby stipulate to continue the status conference currently scheduled for November 28, 2017, at 2:30 p.m. to December 5, 2017, at 2:30 p.m. The parties seek a continuance because lead counsel for CSXIT, Amanda C. Sommerfeld, is scheduled to be on jury duty the week of November 28, 2017.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 21, 2017              LEONARD CARDER, LLP

                                      By:   /s/
                                          Aaron Kaufmann
                                          David P. Pogrel

                                      Attorneys for Plaintiffs


Dated: November 21, 2017              THE CULLEN LAW FIRM, APC

                                      By:   /s/
                                          Paul T. Cullen

                                      Attorneys for Plaintiffs


Dated: November 21, 2017              JONES DAY

                                      By:   /s/ Amanda C. Sommerfeld
                                          Amanda C. Sommerfeld
                                          Elizabeth K. Yates

                                      Attorneys for Defendant
                                      CSX INTERMODAL TERMINALS, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. CMC reset for 12/21/17 at 9:30 a.m.

DATED: 11/22/17

_____
Honorable Edward M. Chen
United State District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from all persons whose signatures are indicated by a "conformed" signature (/S/) within this efiled document.

DATED: November 21, 2017          JONES DAY

                                  By: __/s/_____
                                  Amanda C. Sommerfeld
                                  Elizabeth K. Yates
                                  Attorneys for Defendant
                                  CSX INTERMODAL TERMINALS, INC.