Amanda C. Sommerfeld (SBN 185052)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email: asommerfeld@jonesday.com

Elizabeth K. Yates (SBN 313184)
JONES DAY
555 California St., 26th Floor,
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: eyates@jonesday.com

Attorneys for Defendant
CSX INTERMODAL TERMINALS, INC.

Aaron Kaufmann (SBN 148580)
David Pogrel (SBN 203787)
Giselle Olmedo (SBN 294750)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
Email: akaufmann@leonardcarder.com
Email: dpogrel@leonardcarder.com
Email: golmedo@leonardcarder.com

Paul T. Cullen (SBN 193575)
THE CULLEN LAW FIRM, APC
19360 Rinaldi Street, Box 647
Porter Ranch, California 91326
Tel: (818) 360-2529
Fax: (866) 794-5741
Email: paul@cullenlegal.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIL GOYAL, JORGE OCHOA, RODOLFO SANCHEZ, JASWINDER SINGH, JAVIER TOVAR CORTEZ, ABRAHAM BURCIAGA, MOY NARAYAN, MIGUEL ZAVALA, FELICIANO AHUMADA, MANUEL ALDANA, FRANCISCO LOPEZ BARBOZA, ARMANDO BRICENO, FRANCISCO CHAVEZ, OSCAR MARTINEZ DAVILA, ANTONIO ESCAMILLA, RAUL FIGUEROA, FERMIN FLORES, JORGE LIMA, PEDRO LOPEZ, SALVADOR MADERA, ENRIQUE MARTINEZ, JOSE MOZO, JOSE OROZCO, CARLOS RANGEL PALOMO, FRANKLIN SERPAS, SAUL SERPAS, OSCAR GUTIERREZ, JUAN ELIUD TEMBLADOR, JOE CORREA, JAJVIR DHESI, JUAN DOMINGUEZ, ROBERTO GUTIERREZ, ANTONIO GUTIERREZ, CARLOS HERNANDEZ, AURELIO GARCIA MACHUCA, | Case No.: 3:17-cv-06081-EMC<br><br>**AMENDED STIPULATION REGARDING TOLLING OF STATUTES OF LIMITATION FOR ADDITIONAL PLAINTIFFS** |

| | |
|---|---|
| 1 | RODOLFO MONZON, ALEJANDRO PEREZ, CESAR PEREZ, LOMBARDO RAMOS, DAVID RAZO, AMARJEET SINGH, INDERPAL SINGH, MANJIT SINGH, MARIO TORRES, IGNACIO VARGAS, JUAN SANCHEZ, LEWIS KIRAGU, VIJAY SINGH, GABRIEL MURRIETA, and ARMANDO PRIETO |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Plaintiffs, |
| 7 | v. |
| 8 | CSX INTERMODAL TERMINALS, INC., and DOES 1 to 10 inclusive, |
| 9 | |
| 10 | Defendants. |

STIPULATION REGARDING TOLLING OF STATUTES
OF LIMITATION FOR ADDITIONAL PLAINTIFFS

CASE NO.: 3:17-CV-06081-EMC

Plaintiffs Anil Goyal, Jorge Ochoa, Rodolfo Sanchez, Jaswinder Singh, Javier Tovar Cortez, Abraham Burciaga, Moy Narayan, Miguel Zavala, Feliciano Ahumada, Manuel Aldana, Francisco Lopez Barboza, Armando Briceno, Francisco Chavez, Oscar Martinez Davila, Antonio Escamilla, Raul Figueroa, Fermin Flores, Jorge Lima, Pedro Lopez, Salvador Madera, Enrique Martinez, Jose Mozo, Jose Orozco, Carlos Rangel Palomo, Franklin Serpas, Saul Serpas, Oscar Gutierrez, Juan Eliud Temblador, Joe Correa, Jajvir Dhesi, Juan Dominguez, Roberto Gutierrez, Antonio Gutierrez, Carlos Hernandez, Aurelio Garcia Machuca, Rodolfo Monzon, Alejandro Perez, Cesar Perez, Lombardo Ramos, David Razo, Amarjeet Singh, Inderpal Singh, Manjit Singh, Mario Torres, Ignacio Vargas, Juan Sanchez, Lewis Kiragu, Vijay Singh, Gabriel Murrieta, and Armando Prieto ("Plaintiffs") and Defendant CSX Intermodal Terminals, Inc. ("Defendant" or "CSXIT"), by and through their undersigned counsel, hereby stipulate as follows:

In this action, 51 Plaintiffs, former Drivers performing services for Defendant (referred to by Defendant as "Owner-Operators"), currently assert various claims against Defendant pursuant to the California Labor Code and applicable Wage Order and also under California Business and Professions Code, section 17200, et. seq.

On November 20, 2017, Plaintiffs' counsel informed Defendant's counsel that Mario Lopez, a former Owner-Operator/Driver for Defendant and additional potential plaintiff herein, had retained Plaintiffs' counsel to prosecute the same claims as the current 51 Plaintiffs in this matter.

The parties recognize that Plaintiffs' counsel may be retained by other former Owner-Operators/Drivers for Defendant who wish to prosecute similar claims, in addition to Mario Lopez, and that it would be unnecessarily time-consuming for both sides to cause Plaintiffs to seek to amend the operative complaint on multiple occasions as other Owner-Operators/Drivers retain Plaintiffs' counsel.

On December 8, 2017, the Court scheduled the first Case Management Conference in this matter to January 25, 2018.

Accordingly, Plaintiffs and Defendant stipulate as follows:

To the extent that any Owner-Operator/Driver retains Plaintiffs' counsel to assert any Claim

-1-
AMENDED STIPULATION REGARDING TOLLING OF STATUTES
OF LIMITATION FOR ADDITIONAL PLAINTIFFS

CASE NO. 3:17-CV-06081-EMC

or Claims under any state or federal wage and hour statute, or under common law, such Claims for those individuals will be tolled beginning on November 30, 2017 and will remain tolled until January 25, 2018 (the "Tolling Period"). The Tolling Period shall be excluded from, and not counted in, computing the running of time under any statute(s) of limitation, doctrine of laches, waiver, estoppel, or any other defense based upon the passage of time ("Timing Defense"), that might be asserted as a bar, limitation, or defense to any suit, action, or claim between the Defendant and any Owner-Operator/Driver retained by Plaintiffs' counsel during this period. The running of all applicable statutes of limitations shall re-commence on January 26, 2018.

This tolling agreement applies to Mario Lopez and any other Owner-Operator/Driver who retains Plaintiffs' counsel prior to January 25, 2018.

During the duration of the tolling agreement any Owner-Operators/Drivers who retain Plaintiffs' counsel will refrain from filing state or federal Claims against Defendants regarding the subject of this Agreement.

The purpose and effect of this Agreement is to stop the running of any applicable statute of limitations or other filing deadline as of November 30, 2017 and to restart the running of that statute of limitations and/or other filing deadline on January 26, 2018. In other words, the statutes and/or other deadlines are not reset by the execution of this stipulation.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 5, 2018　　　　　LEONARD CARDER, LLP

By: ＿＿/s/ David Pogrel＿＿＿＿＿＿
　　　Aaron Kaufmann
　　　David P. Pogrel

Attorneys for Plaintiffs

| | | |
|---|---|---|
| Dated: January 5, 2018 | | THE CULLEN LAW FIRM, APC |
| | | By: /s/ Paul T. Cullen |
| | | Paul T. Cullen |
| | | Barbara DuVan-Clarke |
| | | Attorneys for Plaintiffs |
| Dated: January 5, 2018 | | JONES DAY |
| | | By: /s/ Amanda C. Sommerfeld |
| | | Amanda C. Sommerfeld |
| | | Elizabeth K. Yates |
| | | Attorneys for Defendant |
| | | CSX INTERMODAL TERMINALS, INC. |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 9, 2018

Honorable
United States

*IT IS SO ORDERED*
Judge Edward M. Chen

### SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from all persons whose signatures are indicated by a "conformed" signature (/S/) within this efiled document.

DATED: January 5, 2018    JONES DAY

By: /s/
Amanda C. Sommerfeld

Attorneys for Defendant
CSX INTERMODAL TERMINALS, INC.