Aaron Kaufmann (SBN 148580)
David Pogrel (SBN 203787)
Giselle Olemdo (SBN 294750)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
Email: akaufmann@leonardcarder.com
Email: dpogrel@leonardcarder.com
Email: golmedo@leonardcarder.com

Paul T. Cullen (SBN 193575)
Barbara DuVan-Clarke (SBN 259268)
THE CULLEN LAW FIRM, APC
19360 Rinaldi Street, Box 647
Porter Ranch, California 91326
Tel: (818) 360-2529
Fax: (866) 794-5741
Email: paul@cullenlegal.com
Email: barbara@cullenlegal.com

Attorneys for Plaintiffs

Amanda C. Sommerfeld (SBN 185052)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email: asommerfeld@jonesday.com

Elizabeth K. Yates (SBN 313184)
JONES DAY
555 California St., 26th Floor,
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: eyates@jonesday.com

Attorneys for Defendant
CSX INTERMODAL TERMINALS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOYAL, ANIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CSX INTERMODAL TERMINALS, INC., and DOES 1 to 10 inclusive, <br><br> Defendants. | Case No. 3:17-cv-06081-EMC <br><br> **STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** <br><br> **First Amended Complaint: November 16, 2017** <br><br> **CMC Currently scheduled: January 25, 2018 at 1:30 p.m.** |

STIPULATION REQUESTING CONTINUANCE OF
INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:17-cv-06081-EMC

Plaintiffs and Defendant CSX Intermodal Terminals, Inc. ("CSXIT") (collectively, the "Parties"), through their counsel of record, stipulate as follows:

WHEREAS, pursuant to stipulation, this Court has scheduled the initial Case Management Conference in this matter for January 25, 2018 at 1:30PM;

WHEREAS, Counsel for the Parties continue to meet and confer over a proposed case management plan for this litigation, which involves the claims of 51 individual Plaintiffs and will be expanded to include at least 54 Plaintiffs shortly after the Initial Case Management Conference;

WHEREAS, Counsel had scheduled a telephone call on Wednesday January 10, 2018 to further discuss case management planning, but an unexpected conflict arose and Counsel's telephone call will now be delayed until at least Tuesday January 16, 2018;

WHEREAS, Plaintiff's co-lead counsel Paul Cullen and Barbara DuVan-Clarke (The Cullen Law Firm) are Plaintiff's trial counsel in a trial in Los Angeles scheduled to start on Thursday January 18, 2018, in the matter of Sartiaguda v. Ivy Bridge Group (West Coast), Inc., (Los Angeles Superior Court, Case No. BC-631423 (Hon. Gregory Alcorn));

WHEREAS, on the Court's current schedule, with a Joint Case Management Conference Statement due to be filed on or before January 18, 2018, the Parties believe that there is insufficient time to confer and attempt to agree on a case management plan, or, in the event of disagreement, present alternate case management plans to the Court in advance of the Initial Case Management Conference;

WHEREAS, Counsel for the parties submit that an additional two to three weeks of time to meet and confer and prepare a Joint Case Management Conference Statement should allow the Parties to fully present their respective proposals for case management to the Court;

WHEREAS, CSXIT intends to file a motion to transfer venue pursue to 28 U.S.C. § 1404(a) in advance of the Initial Case Management Conference, and by no later than January 19, 2018, and requests that the Court hear CSXIT's motion at the time of the Initial Case Management Conference;

- 2 -

THEREFORE, THE PARTIES JOINTLY STIPULATE AND REQUEST THAT THE COURT ORDER AS FOLLOWS:

The Case Management Conference currently scheduled for January 25, 2018 is taken off calendar, and a Case Management Conference is scheduled for the Court's 1:30 p.m. calendar on March 1, 2018, or at such other time and date as the Court may order.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 12, 2018    LEONARD CARDER, LLP

By:  /s/ David Pogrel
Aaron Kaufmann
David P. Pogrel
Giselle Olmedo

Attorneys for Plaintiffs

Dated: January 12, 2018    THE CULLEN LAW FIRM, APC

By:  /s/ Paul T. Cullen
Paul T. Cullen
Barbara DuVan-Clarke

Attorneys for Plaintiffs

Dated: January 12, 2018    JONES DAY

By:  /s/ Amanda C. Sommerfeld
Amanda C. Sommerfeld
Elizabeth Yates

Attorneys for Defendant
CSX INTERMODAL TERMINALS, INC.

**[PROPOSED] ORDER**

PURSUAL TO STIPULATION, IT IS SO ORDERED.

Dated: 1/18/18

_IT IS SO ORDERED_
_Judge Edward M. Chen_

Honorable _____
United States District Court Judge

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from all persons whose signatures are indicated by a "conformed" signature (/S/) within this efiled document.

Dated: January 12, 2018

JONES DAY

By:   /s/ Elizabeth K. Yates
      Amanda C. Sommerfeld
      Elizabeth Yates

Attorneys for Defendant
CSX INTERMODAL TERMINALS, INC.

- 4 -