| | |
|---|---|
| 1 | Aaron Kaufmann, State Bar No. 148580 |
| 2 | David Pogrel, State Bar No. 203787 |
| | Giselle Olmedo, State Bar No. 294750 |
| 3 | LEONARD CARDER, LLP |
| | 1330 Broadway, Suite 1450 |
| 4 | Oakland, CA 94612 |
| | Tel: (510) 272-0169 |
| 5 | Fax: (510) 272-0174 |
| 6 | E-mail: akaufmann@leonardcarder.com |
| | E-mail: dpogrel@leonardcarder.com |
| 7 | E-mail: golmedo@leonardcarder.com |
| 8 | Paul T. Cullen, State Bar No. 193575 |
| | Barbara DuVan-Clarke, State Bar No. 259268 |
| 9 | THE CULLEN LAW FIRM, APC |
| | 19360 Rinaldi Street, Box 647 |
| 10 | Porter Ranch, California 91326 |
| | Telephone: (818) 360-2529 |
| 11 | Facsimile: (866) 794-5741 |
| 12 | E-mail: paul@cullenlegal.com |
| 13 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIL GOYAL, JORGE OCHOA, RODOLFO SANCHEZ, JASWINDER SINGH, JAVIER TOVAR CORTEZ, ABRAHAM BURCIAGA, MOY NARAYAN, MIGUEL ZAVALA, FELICIANO AHUMADA, MANUEL ALDANA, FRANCISCO LOPEZ BARBOZA, ARMANDO BRICENO, FRANCISCO CHAVEZ, OSCAR MARTINEZ DAVILA, ANTONIO ESCAMILLA, RAUL FIGUEROA, FERMIN FLORES, JORGE LIMA, PEDRO LOPEZ, SALVADOR MADERA, ENRIQUE MARTINEZ, JOSE MOZO, JOSE OROZCO, CARLOS RANGEL PALOMO, FRANKLIN SERPAS, SAUL SERPAS, OSCAR GUTIERREZ, JUAN ELIUD TEMBLADOR, JOE CORREA, JAJVIR DHESI, JUAN DOMINGUEZ, ROBERTO GUTIERREZ, ANTONIO GUTIERREZ, CARLOS HERNANDEZ, | **Case No.: 3:17-cv-06081-EMC**<br><br>[~~PROPO~~SED] **ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

| | |
|---|---|
| 1 | AURELIO GARCIA MACHUCA, RODOLFO MONZON, ALEJANDRO PEREZ, CESAR PEREZ, LOMBARDO RAMOS, DAVID RAZO, AMARJEET SINGH, INDERPAL SINGH, MANJIT SINGH, MARIO TORRES, IGNACIO VARGAS, JUAN SANCHEZ, LEWIS KIRAGU, VIJAY SINGH, GABRIEL MURRIETA, and ARMANDO PRIETO, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Plaintiffs, |
| 8 | v. |
| 9 | CSX INTERMODAL TERMINALS, INC., and DOES 1 to 10 inclusive, |
| 10 | |
| 11 | Defendants. |

[PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT
CASE NO: 4:17-cv-06081-DMR

1    Pursuant to stipulation, Plaintiffs shall be granted leave to file the Second Amended

2    Complaint attached as Exhibit A to the Stipulation, and the Clerk is directed to file said Second

3    Amended Complaint. Plaintiffs shall file the Second Amended Complaint

4    **IT IS SO ORDERED.** as a separate document.

5    Dated: _____2/2_____, 2018



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

---
-1-
[PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT
CASE NO: 4:17-cv-06081-DMR