UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIL GOYAL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CSX INTERMODAL TERMINALS, INC.,<br><br>　　　　Defendant. | Case No. 17-cv-06081-EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING**<br><br>Docket No. 67 |

Defendant has filed a motion to transfer the instant case to the Central District of California. Having considered the briefing filed to date, the Court hereby orders the parties to file supplemental briefs addressing the following issue: In lieu of a transfer, should the instant case be stayed pending resolution of Judge Laporte's Valadez case? Cross-briefs shall be filed by Friday, February 16, 2018.

**IT IS SO ORDERED**.

Dated: February 12, 2018

_____
EDWARD M. CHEN
United States District Judge