| | |
|---|---|
| Aaron Kaufmann (SBN 148580)<br>David Pogrel (SBN 203787)<br>Giselle Olmedo (SBN 294750)<br>LEONARD CARDER, LLP<br>1999 Harrison St., Suite 2700<br>Oakland, California 94612<br>Tel: (510) 272-0169<br>Fax: (510) 272-0174<br>Email: akaufmann@leonardcarder.com<br>Email: dpogrel@leonardcarder.com<br>Email: golmedo@leonardcarder.com<br><br>Paul T. Cullen (SBN 193575)<br>THE CULLEN LAW FIRM, APC<br>19360 Rinaldi Street, Box 647<br>Porter Ranch, California 91326<br>Tel: (818) 360-2529<br>Fax: (866) 794-5741<br>Email: paul@cullenlegal.com<br>Email: barbara@cullenlegal.com<br><br>Attorneys for Plaintiffs | Amanda C. Sommerfeld (SBN 185052)<br>JONES DAY<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071.2300<br>Telephone:     (213) 489-3939<br>Facsimile:      (213) 243-2539<br>Email: asommerfeld@jonesday.com<br><br>Allison E. Crow  (SBN 279078)<br>JONES DAY<br>555 California St., 26th Floor,<br>San Francisco, CA  94104<br>Telephone:     (415) 626-3939<br>Facsimile:      (415) 875-5700<br>Email: acrow@jonesday.com<br><br>Attorneys for Defendant<br>CSX INTERMODAL TERMINALS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIL GOYAL, *ET AL.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CSX INTERMODAL TERMINALS, INC.,<br>and DOES 1 to 10 inclusive,<br><br>　　　　　Defendant. | **Case No. 3:17-cv-06081-EMC**<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date of Further CMC: May 21, 2020<br><br>Time: 10:30 a.m.<br><br>Courtroom: 5, 17th Floor |

- 1 -

JOINT CASE MANAGEMENT STATEMENT
Case No. 3:17-cv-06081-EMC

**1. The Parties Request A Continuance Of The Further Case Management Conference In Light Of Their Progress Completing the Conditions of the Settlement of All Claims, and Their Expectation That Dismissals Will be Filed in this Action by July 1, 2020.**

The Parties previously reached a settlement of the individual claims of the named Plaintiffs in this Action. Nearly all of the conditions of those settlements have been satisfied to date. The individual settlement agreements for all but one of the 62 named Plaintiffs have been fully executed. The Court in the separate action *Valadez v. CSX Intermodal Terminals, Inc.*, Case No. 3:15-cv-05433-AGT ("*Valadez* Action") also issued an order on May 13, 2020 granting the conditional approval of the settlement of the Private Attorneys General Act ("PAGA") claim asserted in that action. *See Valadez* Dkt. 202.

At this time, the Parties anticipate completing the remaining conditions of settlement and filing a stipulation to dismiss the claims in this Action by July 1, 2020.

The Parties therefore request that the Further Case Management Conference currently set for May 21, 2020 be continued to July 9, 2020 at 10:30 a.m. or a later convenient date.

Dated: May 14, 2020            LEONARD CARDER, LLP

                               By:   /s/ David P. Pogrel
                                     Aaron Kaufmann
                                     David P. Pogrel

                               Attorneys for Plaintiffs

Dated: May 14, 2020            JONES DAY

                               By:   /s/ Allison E. Crow
                                     Amanda C. Sommerfeld
                                     Allison E. Crow

                               Attorneys for Defendant
                               CSX INTERMODAL TERMINALS, INC.

                                Case No. 3:17-cv-06081-EMC

## SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each signatory indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: May 14, 2020

JONES DAY

By:  /s/ Allison E. Crow
  Amanda C. Sommerfeld
  Allison E. Crow

Attorneys for Defendant
CSX INTERMODAL TERMINALS, INC.