
Case 3:17-cv-06081-EMC   Document 154   Filed 06/17/20   Page 1 of 5

Aaron Kaufmann, State Bar No. 148580
David Pogrel, State Bar No. 203787
Elizabeth Gropman, State Bar No. 294156
LEONARD CARDER, LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
E-mail: akaufmann@leonardcarder.com
E-mail: dpogrel@leonardcarder.com
E-mail: egropman@leonardcarder.com

Paul T. Cullen, State Bar No. 193575
THE CULLEN LAW FIRM, APC
19360 Rinaldi Street, Box 647
Porter Ranch, California 91326
Telephone: (818) 360-2529
Facsimile: (866) 794-5741
E-mail: paul@cullenlegal.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIL GOYAL, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CSX INTERMODAL TERMINALS, INC.<br><br>          Defendants. | **Case No. 3:17-cv-06081-EMC**<br><br>Judge: Hon. Edward M. Chen<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ALL CLAIMS BY ALL PLAINTIFFS, WITH PREJUDICE** |


STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL
OF ALL CLAIMS BY ALL PLAINTIFFS, WITH PREJUDICE                        CASE NO. 3:17-CV-06081-EMC

1  The parties to the above-entitled action, by and through the undersigned counsel, hereby stipulate to dismissal of the claims asserted by and on behalf of Plaintiffs Anil Goyal, Jorge Ochoa, Rodolfo Sanchez, Jaswinder Singh, Javier Tovar Cortez, Abraham Burciaga, Cheryl Narayan, successor in interest as to Mohit Narayan, Miguel Zavala, Feliciano Ahumada, Manuel Aldana, Francisco Lopez Barboza, Armando Briceno, Francisco Chavez, Oscar Martinez Davila, Antonio Escamilla, Raul Figueroa, Fermin Flores, Jorge Lima, Pedro Lopez, Salvador Madera, Enrique Martinez, Jose Mozo, Jose Orozco, Carlos Rangel Palomo, Franklin Serpas, Saul Serpas, Oscar Gutierrez, Juan Eliud Temblador, Joe Correa, Jajvir Dhesi, Juan Dominguez, Roberto Gutierrez, Antonio Gutierrez, Carlos Hernandez, Aurelio Garcia Machuca, Rodolfo Monzon, Alejandro Perez, Cesar Perez, Lombardo Ramos, David Razo, Amarjeet Singh, Inderpal Singh, Manjit Singh, Mario Torres, Ignacio Vargas, Juan Sanchez, Levis Kiragu, Vijay Singh, Gabriel Murrieta, Armando Prieto, Mario Lopez, Fermin Velazquez, Sergio Martinez, Joaquin Guzman, Byron Lossi, Martin Moreno, Byron Ramirez, Jorge Rivera, Rene Escobar, Ramon Orozco, Hector Haro and Jaime Perez.  The parties stipulate to dismissal of all claims by the above-referenced Plaintiffs against Defendant CSX Intermodal Terminals, Inc. ("CSXIT"), with prejudice, with each side to bear its own costs of suit except as otherwise provided for in the parties' settlement agreements.

Dismissal of all claims by all Plaintiffs concludes this action, as to all parties and all claims against Defendant CSXIT are dismissed, with prejudice.

-1-
STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL
OF ALL CLAIMS BY ALL PLAINTIFFS, WITH PREJUDICE                              CASE NO.  3:17-CV-06081-EMC

DATED: June 17, 2020

By: _____*/s/ David Pogrel*_____
AARON KAUFMANN
DAVID POGREL
ELIZABETH GROPMAN
*Attorneys for Plaintiffs*

By: _____*/s/ Paul Cullen*_____
PAUL T. CULLEN
*Attorney for Plaintiffs*

By: _____*/s/ Amanda Sommerfeld*_____
Matthew Lampe
Amanda Sommerfeld
Allison Crow
*Attorneys for Defendant*

<u>FILER'S ATTESTATION</u>

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest that concurrence in the filing of the document has been obtained from each of the other signatories listed above.

DATED:  June 17, 2020            THE CULLEN LAW FIRM, APC

By:   */s/ Paul T. Cullen*
           PAUL T. CULLEN

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, it is hereby ORDERED that:

1. All claims asserted by and on behalf of all Plaintiffs against Defendant CSX Intermodal Terminals, Inc. are hereby dismissed, with prejudice.

2. All parties will bear their own attorneys' fees and costs in this matter related to the claims for Plaintiffs, except as otherwise provided for in the parties' settlement agreements

IT IS SO ORDERED

Dated: 6/17/2020

_____
HONORABLE EDWARD M. CHEN
United States District Judge